CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 11 2013

JULIA C. DUDLEY, CLERK
BY: /s/ 
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FORREST LINTHICUM, | Civil Action No.: 7:12-cv-585 |
| Plaintiff, | ORDER |
| v. | Hon. James C. Turk |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER, | Senior United States District Judge |
| and | |
| IMAGE GUIDED PAIN MANAGEMENT, P.C. d/b/a INSIGHT IMAGING-ROANOKE, | |
| Defendants. | |

The Court has before it the Plaintiff's notice of dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). It is accordingly

**ADJUDGED AND ORDERED**

that this action shall be, and it hereby is, dismissed without prejudice, as to Image Guided Pain Management, P.C. Additionally, in light of its dismissal from the case, the pending motions filed by Image Guided Pain Management, P.C., ECF Nos. 8, 12, are hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk is hereby directed to send a certified copy of this Order to all counsel of record.

ENTER: This 11th day of March, 2013.

/s/ James C. Turk
Hon. James C. Turk
Senior United States District Judge